864 F.2d 1421
 UNITED STATES of America, Appellant,
v.
UNIT NO. 7 AND NO. 8, etc., et al, Appellees.
 Nos. 87-2499, 87-2500, 87-2501 and 87-2502SI.
 United States Court of Appeals,
Eighth Circuit.
 Nov. 29, 1988.
 
 Appeals from the United States District Court for the Southern District of Iowa, Harold D. Vietor, Chief Judge.
 
 Prior report: 8 Cir., 853 F.2d 1445
 
 1
 The petition for rehearing en banc has been filed; we defer ruling on said petition for rehearing en banc and stay the issuance of mandate deferring further order pending decisions by the United States Supreme Court in United States v. Monsanto, 836 F.2d 74 (2d Cir.1987), rev'd & remanded on other grounds, 852 F.2d 1400 (2d Cir.1988) (en banc), cert. granted, --- U.S. ----, 109 S.Ct. 363, 102 L.Ed.2d 353 (1988), and United States v. Harvey, 814 F.2d 905 (4th Cir.1987), rev'd on other grounds sub nom. In Re Caplin & Drysdale, 837 F.2d 637 (4th Cir.1988) (en banc), cert. granted, --- U.S. ----, 109 S.Ct. 363, 102 L.Ed.2d 352 (1988).